IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01844–EWN–KLM
*(Consolidated with 07-cv-02248-EWN-BNB)*

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as personal representative of the plaintiff Estate of Ryan Michael Wilson,

    Plaintiffs,

v.

CITY OF LAFAYETTE, a municipality,
THE LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5,
TASER INTERNATIONAL, INC., an Arizona corporation,
JOHN HARRIS, individually and in his official capacity as officer of the Lafayette Police Department,

    Defendants.

## ORDER CONSOLIDATING CASES

These cases are before the court on a motion to consolidate. The motion is unopposed and it appears that consolidation is proper under Fed. R. Civ. P. 42. Accordingly, it is

ORDERED as follows:

1. The motion to consolidate (#31) is GRANTED.

2. The captions of the cases and judge's initials shall be changed as set forth in this Order Consolidating Cases.

Dated this 13th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge