IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-EWN-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of RYAN WILSON, deceased,

    Plaintiff,

v.

CITY OF LAFAYETTE,
LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5, and
TASER INTERNATIONAL, INC.,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Stipulated Motion to Vacate Settlement Conference** [Docket No. 34; filed November 27, 2007] (the "Motion").

    IT IS HEREBY ORDERED that the Motion is **GRANTED**. The settlement conference set for December 4, 2007 is **VACATED**. The Parties are directed to contact Chambers should they wish to reset the settlement conference at a later date.

    Dated:      November 27, 2007