IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01844–EWN–KLM
*(Consolidated with 07-cv-02248-LTB-KLM)*

WENDY WILSON, as an individual and as the next
of kin and personal representative of Ryan Wilson,
deceased,

    Plaintiff,

v.

CITY OF LAFAYETTE,
THE LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5, and
TASER INTERNATIONAL, INC.,

    Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 7, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss [# 19] is GRANTED. Plaintiff's First and Second Claims for Relief against Lafayette Police Department and Plaintiff's Fourth Claim for Relief against City of Lafayette and Lafayette Police Department are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P.41(a)(2).

3. Each party shall bear its own costs and attorney fees.

DATED this 8th day of January, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge