IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-EWN-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

CITY OF LAFAYETTE, a municipality,
THE LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5, and
TASER INTERNATIONAL, INC.,

    Defendants.
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Motion to Amend the Scheduling Order** [Docket No. 73; filed March 26, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Second Amended Scheduling Order [Docket No. 73-2; filed March 26, 2008] is accepted for filing as of the date of this Order. The following deadlines are modified as follows:

    The discovery deadline is extended to **September 30, 2008**.

    The dispositive motions deadline is extended to **October 30, 2008**.

    Plaintiff shall designate all experts and provide parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 3, 2008**.

Defendants shall designate all experts and provide parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 3, 2008**.

Plaintiffs may designate rebuttal experts, if any, within **fifteen (15) days** after designation of Defendants' experts.

Dated: March 27, 2008