IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01844-EWN-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of
Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE
OF RYAN WILSON,

      Plaintiffs,

v.

CITY OF LAFAYETTE, a municipality,
THE LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5, and
TASER INTERNATIONAL, INC.,

      Defendants.
_____

**MINUTE  ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on the Parties' **Unopposed Motion to Amend the
Scheduling Order** [Docket No. 80; filed April 21, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  In accordance with the
District Judge's procedure, the preliminary pretrial conference will be held prior to the
discovery deadline.  Accordingly, the preliminary pretrial conference currently set for May
12, 2008 is **VACATED** and **RESET** for **September 24, 2008 at 10:00 a.m.** in Courtroom
A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,
Colorado.

      Dated:      April 21, 2008