IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-EWN-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

CITY OF LAFAYETTE, a municipality,
THE LAFAYETTE POLICE DEPARTMENT,
LAFAYETTE POLICE OFFICER JOHN HARRIS,
LAFAYETTE POLICE CHIEF PAUL SCHULTZ,
JOHN DOES 1-5, and
TASER INTERNATIONAL, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order and to Continue Preliminary Pretrial Conference** [Docket No. 104; Filed September 9, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Scheduling Order is amended as follows:

    The discovery deadline is **November 30, 2008**.

    The dispositive motion deadline is **January 7, 2009**.

    IT IS FURTHER **ORDERED** that the Preliminary Pretrial Conference currently set for September 24, 2008 is **RESET** to **November 25, 2008 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties are to submit their Proposed Pretrial Order on or before **November 18, 2008**.

Dated: September 10, 2008