IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 07-cv-01844-PAB-KLM

WENDY WILSON and
JACK WILSON,

    Plaintiffs,

v.

CITY OF LAFAYETTE, et al.,

    Defendants.

_____

### ORDER OF DISMISSAL OF THIRD AND FIFTH CLAIMS
### FOR RELIEF AGAINST DEFENDANT HARRIS
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss Jack Wilson's Third and Fifth Claims for Relief against Officer John Harris (Docket No. 110). The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss Jack Wilson's Third and Fifth Claims for Relief against Officer John Harris (Docket No. 110) is granted. It is further

**ORDERED** that plaintiff Jack Wilson's third and fifth claims for relief against defendant John Harris are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 24, 2008.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge