**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: September 24, 2009 |
| Court Reporter:   Janet Coppock | |

**CASE NO.  07-cv-01844-PAB-KLM**
          (Consolidated with 07-cv-02248-PAB-BNB)

| Parties | Counsel |
|---|---|
| WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, JACK WILSON, | Michael Thomson Martin Beier Victoria Lovato |
| Plaintiffs, | |
| v. | |
| CITY OF LAFAYETTE, LAFAYETTE POLICE DEPARTMENT, PAUL SCHULTZ, JOHN HARRIS, TASER INTERNATIONAL, INC., | Eric Ziporin Marni Nathan Kloster J. Andrew Nathan David Ballard John Maley |
| Defendants. | |

## COURTROOM MINUTES

MOTIONS HEARING

**1:37 p.m.    Court in Session**.

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

The Court addresses Defendant Harris' Motion to Strike (**Doc.#175**).

ORDERED:   Defendant Harris' Motion to Strike (**Doc. #175**) is **GRANTED in part and**

*07-cv-01844-PAB*
*Motions Hearing*
*September 24, 2009*

>**DENIED in part**.  It is **GRANTED** as to Ex. 13 (pg. 1 only), 18, 21 and 31 and **DENIED** as to Ex. 5, 6, 7, 8, 9. 10, 12, 13 (except page 1)14, 25, 27, 16, 17, 19, 24, 28, 29, 30 and **GRANTED** as to Ex. 13 (page one only), 18, 21, 31.

The Court addresses City of Lafayette and Chief Schultz's Motion to Strike (**Doc. #174**)

**ORDERED:**  Defendant City of Lafayette and Chief Schultz's Motion to Strike **(Doc. #174)** is **GRANTED in part and DENIED in part**.  It is **GRANTED** as to Ex. 10 and 11 and **DENIED** as to Ex. 7, 28, 12, 13, 15, 16, 17, 18, 21, 22, 23 , 24, 25, 27, 30.

The Court addresses Defendant City of Lafayette and Schultz's Motion to Seal **(Doc. #121)**

**ORDERED:**  Defendant City of Lafayette and Schultze's Motion to Seal (**Doc. #121**) is **GRANTED.**

The Court addresses Plaintiff W. Wilson's Motions (**Doc. #148 and #165**).

**ORDERED**:   Plaintiff W. Wilson's Motions (**Doc. #148, 165**) are **DENIED** as moot.

The Court addresses the Rule 702 motions and whether hearings are requested.

Counsel that filed the motions concur that no hearings are necessary.

The Court will take the motions under advisement and issue a written ruling.

The Court addresses the Motions for Summary Judgment.

Argument heard on Motions for Summary Judgment  (**Doc. #119, 123, 131**).

Argument by Mr. Nathan (**Doc. #119**).  Questions by the Court.

Argument by Mr. Ziporin (**Doc. #131**).

Argument by Mr. Maley (**Doc. #123**).  Questions by the Court.

**3:17 p.m.     Court in recess**
**3:30 p.m.     Court in session**

Argument by counsel Thomson and Beier.  Questions by the Court.

*07-cv-01844-PAB*
*Motions Hearing*
*September 24, 2009*

Rebuttal argument by counsel Maley, Nathan and Ziporin.

The Court takes the Motions for Summary Judgment under advisement and will issue a written ruling.

**4:35 pm.      Court in Recess.**
Hearing concluded.
Total time in court:    2 hours 45 minutes.