IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-PAB-KLM
(*consolidated with 07-cv-02248-PAB-BNB*)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, et al.,

    Plaintiffs,

v.

CITY OF LAFAYETTE, et al.,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

On October 22, 2009, defendant Taser International, Inc. ("Taser"), joined by the other defendants, filed a motion to stay proceedings pending a ruling on defendants' motions for summary judgment [Docket No. 255]. In its reply in support of its motion to stay, Taser clarified that it sought a stay only as to plaintiffs' four Rule 702 motions [Docket Nos. 251, 252, 253, 254] and not plaintiffs' motion for leave to present new evidence [Docket No. 258]. Today, defendants filed responses [Docket Nos. 269, 270, 271, 273] to all four of plaintiffs' Rule 702 motions.

Therefore, it is **ORDERED** that Taser's motion to stay [Docket No. 255] is DENIED as moot.

DATED December 22, 2009.