IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-PAB-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

TASER INTERNATIONAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's **Unopposed Motion to Vacate and Reschedule the Final Pre-Trial Conference** [Docket No. 295; Filed April 14, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for April 29, 2010 at 9:30 a.m. is **vacated and rest to May 26, 2010 at 10:30 a.m.** in Courtroom C-204**,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, on or before **May 19, 2010**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures <u>must</u> be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

If the rescheduled date is not convenient for the parties, Plaintiffs shall initiate a conference call with co-counsel and contact chambers at (303) 335-2770 in order to set a date for the Final Pretrial Conference.

Dated:  April 15, 2010