IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 07-cv-01844-PAB-KLM
(*consolidated with 07-cv-02248-PAB-BNB*)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, et al.,

    Plaintiffs,

v.

TASER INTERNATIONAL, INC.,

    Defendant.

_____

# ORDER
_____

This matter is before the Court on plaintiffs' motion to exclude the testimony of Kevin Sailor pursuant to Federal Rule of Evidence 702 [Docket No. 253]. Former defendants City of Lafayette, Lafayette Police Department, Paul Schultz, and John Harris disclosed Mr. Sailor as a potential expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2). The Court dismissed all of those defendants from this action on March 31, 2010. Therefore, it is

**ORDERED** that plaintiffs' Rule 702 motion to exclude the testimony of Kevin Sailor [Docket No. 253] is DENIED as moot.

DATED April 22, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge