IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-PAB-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

TASER INTERNATIONAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Amend Exhibit Lists** [Docket No. 313; Filed June 10, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The amended exhibit lists submitted by the parties [#313-1] and [#313-2] shall replace the exhibit lists in the Pretrial Order [#310].

Dated:    June 11, 2010