IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-01844-PAB-KLM
     (*consolidated with 07-cv-02248-PAB-BNB*)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, et al.,

     Plaintiffs,

v.

TASER INTERNATIONAL, INC.,

     Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendant's Motion for Three Orders in Limine [Docket No. 345].  Defendant failed to comply with Local Rule 7.1(A).  *See* D.C.COLO.LCivR 7.1 (A) ("The court will not consider any motion . . . unless counsel for the moving party . . . , before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel . . . to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.").  Therefore, it is

     **ORDERED** that defendant's Motion for Three Orders in Limine [Docket No. 345] is STRICKEN.

     DATED July 11, 2011.