IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01844-PAB-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

TASER INTERNATIONAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the opposed **Motion for Withdrawal as Counsel for Plaintiff Wendy Wilson** [#407] (the "Motion"), filed by counsel for Plaintiff Wendy Wilson, Attorney Michael Thomson ("Thomson"). Defendant, which is in the process of seeking Rule 69 discovery from Plaintiff Wendy Wilson, filed a Response [#408] in opposition to the Motion. Attorney Thomson filed a Reply [#410]. As an initial matter, the Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Although Defendant fears that Rule 69 discovery will be made more difficult by the withdrawal of Plaintiff Wendy Wilson's counsel, the Court finds that Attorney Thomson has provided good cause for his withdrawal in that his client has "directed counsel to have no further contact with her regarding this matter" and Attorney Thomson "cannot adequately represent Plaintiff Wendy Wilson if she no longer wants to communicate regarding the matter." *Motion* [#407] at 1; *see also Reply* [#410] at 2 (stating that "Plaintiff has specifically told Counsel repeatedly that she does not want any further communication with Counsel on this matter"). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#407] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Attorney Thomson is relieved of any further

representation of Plaintiff Wendy Wilson in this case. The Clerk of the Court is instructed to terminate Attorney Thomson as counsel of record, and to remove his name from the electronic certificate of mailing.

Because Plaintiff Wendy Wilson will now be proceeding pro se, the Court hereby notifies her that she is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).  In order to more fully explain the responsibilities Plaintiff now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

Dated:  February 21, 2014