IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01844-PAB-KLM
(Consolidated with Civil Action No. 07-cv-02248-EWN-BNB)

WENDY WILSON, as an individual and as the next of kin and personal representative of Ryan Wilson, deceased, and
JACK WILSON, individually and as Personal Representative of the Plaintiff, the ESTATE OF RYAN WILSON,

    Plaintiffs,

v.

TASER INTERNATIONAL, INC., an Arizona corporation, and
LAFAYETTE POLICE OFFICER JOHN HARRIS,

    Defendants.
_____

## ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

This matter is before the Court on Plaintiff Wendy Wilson's **Motion to Dismiss** [#415] (the "Motion to Dismiss") and on Plaintiff Wendy Wilson's **Motion to Proceed IFP and Financial Affidavit** [#416] (the "Motion to Proceed IFP").  Defendant John Harris ("Harris") filed a Response [#418] in opposition to the Motion to Dismiss.

This case arises out of the death of Plaintiff Wendy Wilson's son Ryan Wilson on August 4, 2006.  Ryan died immediately after receiving a shot with a TASER by Defendant John Harris.  Plaintiffs initiated this lawsuit on August 31, 2007, and on August 2, 2011, the case was terminated [#378] after, in part, entry of summary judgment in favor of Defendant

Harris. On September 8, 2011, final judgment entered in favor of Defendants and against Plaintiffs. [#389]. On October 11, 2011, the Clerk of Court taxed costs pursuant to Fed. R. Civ. P. 54(d)(1) against Plaintiffs and in favor of Defendant Harris for $13,246.77 [#392]. The District Judge affirmed this sum on July 25, 2012. *Order* [#402]. On February 13, 2013, the Tenth Circuit Court of Appeals affirmed the entry of summary judgment in favor of Defendant Harris. *Wilson v. City of Lafayette*, 510 F. App'x 775 (10th Cir. 2013). Defendant Harris is now seeking the $13,246 in costs he incurred in defending the case from Plaintiff. [#411] at 3. On November 18, 2013, Defendant Harris served Plaintiff with Fed. R. Civ. P. 69(A)(2) Written Discovery to Judgment Debtor. *Id.* at 2. On February 21, 2014, the Court granted the request of Plaintiff Wendy Wilson's counsel to withdraw from this matter. *Minute Order* [#414].

On March 3, 2014, Plaintiff Wendy Wilson, now proceeding as a pro se litigant, filed the present Motion to Dismiss [#415] pursuant to Fed. R. Civ. P. 12(b)(6). However, all claims in this lawsuit were resolved on October 31, 2010 [#285] and on August 2, 2011 [#377]. Thus, there are no claims remaining in this lawsuit which may be dismissed under Fed. R. Civ. P. 12(b)(6). As Defendant Harris notes, "[t]he only matter which currently remains at issue in this case is the costs judgment currently owed" to Defendants. *Response* [#418]. There are simply no claims left here to be dismissed. Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Dismiss [#415] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Motion to Proceed IFP [#416] is **DENIED as**

**moot**.

Dated:  March 17, 2014

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge